NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3062

DAN C. BOECHLER,

Petitioner,

v.

DEPARTMENT OF THE INTERIOR,

Respondent.

Petition for review of the Merit Systems Protection Board in consolidated cases DE0752040295-I-4 and DE0752040458-I-4.

ON MOTION

## O R D E R

Dan C. Boechler moves for an extension of time, until January 13, 2010, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Further extensions should not be anticipated.

FOR THE COURT

_DEC 3 0 2009_
Date

_/s/ Jan Horbaly_
Jan Horbaly
Clerk

cc: David C. Thompson, Esq.
Scott D. Austin, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 3 0 2009

JAN HORBALY
CLERK